

Chambers Copy

FILED
FEB 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CAMPA LOPEZ,<br><br>                Plaintiff,<br><br>v.<br><br>OFFICER S. BURRIS, et al.,<br><br>                Defendants. | Case No. C 10-1581 JSW (PR)<br><br>[PROPOSED] ORDER CHANGING TIME TO FILE DISPOSITIVE MOTION |

    Defendants have moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including April 11, 2011. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

    Plaintiff shall file his opposition within thirty days of Defendants' filing of their dispositive motion. If Defendants wish to file a reply, they shall do so within fifteen days of the filing of the opposition. Absent further order, the motion will be submitted on the date the reply is filed, without a hearing.

    IT IS SO ORDERED.

Dated: __FEB 11 2011__

                                                   The Honorable Jeffrey S. White

1

[Proposed] Order Changing Time to File Dispositive Motion (C 10-1581 JSW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO CAMPA LOPEZ,

        Plaintiff,

v.

S. BURRIS et al,

        Defendant.

Case Number: CV10-01581 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto Campa Lopez
C22294
PBSP
P. O. Box 7500
Crescent City, CA 95531

Dated: February 11, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk